**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RAUL CARDENAS-SOLIS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAUL CARDENAS-SOLIS,<br><br>    Defendant | Case No.: 1:17-CR-00168 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAUL CARDENAS- SOLIS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Monday, August 28, 2017 be continued to Monday, September 11, 2017.

Due to the courts unavailability and the need to review discovery and to conduct further investigation, counsel is requesting that the status conference be continued to September 11, 2017.  AUSA Karen Escobar has no objection to continuing the status hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

1

**IT IS SO STIPULATED.**

                                           Respectfully Submitted,

DATED: 8/1/17                              */s/ David A Torres*
                                           DAVID A. TORRES
                                           Attorney for Defendant
                                           RAUL CARDENAS SOLIS


DATED: 8/1/17                              */s/ Karen Escobar*
                                           KAREN ESCOBAR
                                           Assistant U.S. Attorney


## ORDER

**IT IS SO ORDERED** that the 2nd Status Conference is continued from August 28, 2017 to September 11, 2017 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated: **August 2, 2017**            /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE