**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RAUL CARDENAS-SOLIS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>RAUL CARDENAS-SOLIS,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:17-CR-00168 DAD-BAM<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES

ATTORNEY:

      **COMES NOW** Defendant, RAUL CARDENAS- SOLIS, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the status conference hearing currently set

for Monday, February 12, 2018 be continued to Monday, March 12, 2018.

      AUSA Escobar and I have reached a disposition in this matter.  I have previously

discussed a negotiated plea offer with Mr. Solis of which he has agreed to accept.  Ms. Escobar

has prepared and sent a plea agreement which I need to review with Mr. Cardenas-Solis.  Upon

reviewing and signing, I will schedule a plea date with the Hon. Dale Drodz' court.

Based upon the foregoing, I respectfully request that the status conference be continued to March 12, 2008. I have spoken to AUSA Karen Escobar and she no objection to continuing the status hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 2/8/18                                   */s/ David A Torres*
                                                DAVID A. TORRES
                                                Attorney for Defendant
                                                RAUL CARDENAS SOLIS


DATED: 2/8/18                                   */s/ Karen Escobar*
                                                KAREN ESCOBAR
                                                Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the 2nd Status Conference is continued from February 12, 2018 to March 12, 2018 at 1:00PM before Judge McAuliffe. Time excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:   **February 8, 2018**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE