| | |
|---|---|
| 1 | DAVID A. TORRES AND ASSOCIATES<br>David A. Torres, SBN135059 |
| 2 | 1318 K. Street<br>Bakersfield, CA 93301 |
| 3 | Tel: (6610326-0857<br>Fax: (661)326-0936 |
| 4 | Email: dtorres@lawtorres.com |
| 5 | Attorney for:<br>RAUL CARDENAS-SOLIS |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL CARDENAS-SOLIS,<br><br>Defendant. | Case No. 1:17-cr-00168-DAD-BAM<br><br>STIPULATION AND ORDER TO <u>CONTINUE SENTENCING HEARING</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAUL CARDENAS-SOLIS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, June 11, 2018 be continued to June 25, 2018.

Defendant Cardenas-Solis, through his counsel, David A. Torres, requests a continuance to afford M. Cardenas-Solis the opportunity to debrief for a minus two safety valve reduction. Defendant is prepared to exclude time. I have spoken to ASUA Karen Escobar and she has no objection to continuance of the sentencing hearing.

///

///

///

1

**IT IS SO STIPULATED.**

DATED: June 6, 2018

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
RAUL CARDENAS-SOLIS

DATED: June 6, 2018

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for June 11, 2018, is continued until June 25, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 7, 2018**

UNITED STATES DISTRICT JUDGE