DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RAUL CARDENAS-SOLIS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00168-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| RAUL CARDENAS-SOLIS, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAUL CARDENAS-SOLIS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, June 25, 2018 be continued to July 16, 2018.

This is the second request for a continuance of the sentencing. My Private Investigator and I have been undertaking good faith efforts to uncover additional information with respect to this case. The information being sought, we believe, would be extremely helpful at the time of sentencing. I have kept AUSA abreast of your efforts. AUSA Karen Escobar has no objection to this continuance.

///

//

//

1

**IT IS SO STIPULATED.**

                                                            Respectfully Submitted,

DATED: June 21, 2018                        */s/ David A Torres*
                                                          DAVID A. TORRES
                                                          Attorney for Defendant
                                                          RAUL CARDENAS-SOLIS

DATED: June 21, 2018                        */s/Karen Escobar*
                                                          KAREN ESCOBAR
                                                          Assistant U.S. Attorney

## **ORDER**

    The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for June 25, 2018, is continued until July 16, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **June 21, 2018**                              */s/ Dale A. Drozd*
                                                               UNITED STATES DISTRICT JUDGE