DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RAUL CARDENAS-SOLIS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL CARDENAS-SOLIS,<br><br>Defendants. | Case No. 1:17-cr-00168-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAUL CARDENAS-SOLIS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, July 16, 2018 be continued to July 30, 2018.

I am requesting a final continuance in this matter. We are acquiring additional information which will be helpful at the time of sentencing. I have kept AUSA Escobar abreast of the efforts and information collected thus far. AUSA Karen Escobar does not object to this continuance.

///

//

//

//

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 12, 2018

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
RAUL CARDENAS-SOLIS

DATED: July 12, 2018

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for July 16, 2018, is continued until July 30, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **July 12, 2018**

UNITED STATES DISTRICT JUDGE