1   MᴄGREGOR W. SCOTT
    United States Attorney
2   KAREN A. ESCOBAR
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:  (559) 497-4099
5
    Attorneys for Plaintiff
6   United States of America

7
                        IN THE UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,                CASE NO.  1:17-CR-168 DAD-BAM

11                         Plaintiff,         ORDER GRANTING GOVERNMENT'S MOTION
                                              TO AUTHORIZE PAYMENT FROM INMATE
12                   v.                        TRUST ACCOUNT

13  RAUL CARDENAS-SOLIS,

14                         Defendant.

15

16        The Government's Motion to Authorize Payment from Inmate Trust Account, for the reasons

17  stated in the motion, is hereby granted.   The court notes that the government served its motion on

18  defendant Cardenas-Solis by mail on August 6, 2020.  (Doc. No. 35.)  The defendant has filed nothing in

19  response to the motion, nor communicated with the court after its filing in any way.

20        The Great Plains Correctional Facility is authorized to turnover to the Clerk of Court funds in the

21  amount of $ 1,100.00 currently held in the trust account of inmate: Raul Cardenas-Solis, Inmate Register

22  No. 76616-097.  The hold on the remaining funds totaling $200.00 in the same trust account is hereby

23  released.

24

25  /////

26  /////

27  /////

28

                                              1

1    The Clerk shall apply these funds as payment towards the ordered restitution amount owed by

2    the defendant in this case.

3

4    IT IS SO ORDERED.

5    Dated:   **August 31, 2020**                    _____
                                                        UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28